UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HAMILTON,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHLEEN ALLISON, et al.,<br><br>    Defendants. | Case No. 21-cv-02288-PJH<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. Nos. 2, 9 |

    Plaintiff, a state prisoner proceeding pro se, filed a civil action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). Plaintiff has been provided an extension and additional time, but he has not paid the fee or filed a complete application to proceed IFP. The case is **DISMISSED** without prejudice. To proceed with this action, plaintiff must pay the filing fee or file an application to proceed IFP and submit a brief motion to reopen the case. The pending motions (Docket Nos. 2, 9) are **DISMISSED** as moot.

    **IT IS SO ORDERED.**

Dated: July 30, 2021

                                                     */s/ Phyllis J. Hamilton*
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge