# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE HAMILTON,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**KATHLEEN ALLISON, et al.,**<br><br>　　　　**Defendants.** | CASE NO. 1:21-cv-01316-AWI-EPG (PC)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE**<br><br>(Doc. No. 26) |

Plaintiff George Hamilton is a state prisoner proceeding pro se with this action.

On October 8, 2021, the Court issued an order denying Plaintiff's application to proceed in forma pauperis and ordering Plaintiff to pay the $402 filing fee in full within thirty days.  Doc. No. 26 at 6.  The Court warned Plaintiff that if he "fails to pay the filing fee in full within thirty (30) days, this action will be dismissed without prejudice and without further notice."  Id. (footnote omitted).

The thirty-day period has expired and Plaintiff has failed to pay the $402 filing fee.  Accordingly, IT IS ORDERED that this action is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:   November 28, 2021　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT JUDGE